RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AUG 0 4 2025

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

FILED_____
DOCKETED_____
DATE          INITIAL

## Form 22. Notice of Change of Address

**ATTENTION ELECTRONIC FILERS: DO NOT USE FORM 22**
Electronic filers must use PACER to update their information.
Use Form 22 only if you are **not** registered for Appellate Electronic Filing.

**9th Cir. Case Number(s)** 25-4354

**Case Name** 3:25-cv-00012-SLG, James v. Sears, et al.

**Full Name(s)**

Paul R. James Jr.

## NEW MAILING ADDRESS

Address: Goose Creek Correctional Center

22301 West Alsop Road

City: Wasilla

State/Province/Region: Alaska    Zip Code: 99623

Country (if not USA):

Prisoner Inmate or A Number (if applicable): 439530

Phone Number (if applicable): (907)-864-8100

**Signature** Paul R. James Jr.    **Date** 7-29-2025

*Mail this form on or before your brief's current due date to the court at:*
Clerk, U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 22                                                    *Rev. 12/01/2018*